IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY P. JOHNSON | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| MARIROSA LAMAS, SUPERINTENDENT, | : |
| SCI ROCKVIEW, et al. | : NO. 10-5326 |

## ORDER

AND NOW, this 20th day of July, after consideration of Plaintiff's Motion for Order for Hospital to Comply with Subpoena for Physical Evidence and Documentation, which was submitted to Judge Hey's chambers ex parte, and for the reasons set forth in the accompanying Memorandum, it is HEREBY ORDERED as follows:

1. The Clerk's Office is directed to file Petitioner's motion; and

2. Respondents shall have 14 days from the date of this Order to file a response to Petitioner's motion. If Petitioner wishes to file a reply, he shall have 7 days from the date of the response.

BY THE COURT

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE